```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
CORNEL MILEY ET AL.,                                              :
                                                                  :
                              Plaintiffs,                         :
                                                                  :       21-CV-7839 (JMF)
        -v-                                                       :
                                                                  :            ORDER
CITIBANK, N.A.,                                                   :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On September 20, 2021, Defendant filed a notice of removal, seeking to remove this case to federal court. *See* ECF No. 4. On September 27, 2021, Defendant filed a motion to compel arbitration and stay these proceedings. *See* ECF No. 7. On September 29, Plaintiffs filed a "Motion to Amend Petition" as well as what appears to be an amended complaint. *See* ECF Nos. 12 and 13. In response, Defendant filed a second motion to stay these proceedings, opposing Plaintiffs' motion to amend. *See* ECF No. 14.

It is hereby ORDERED that Plaintiffs shall file any opposition to Citibank's motion to compel arbitration and stay these proceedings by **October 27, 2021**. Citibank shall file any reply by **November 3, 2021**. The Court will reserve judgment on Plaintiffs' motion to amend their complaint until it issues a decision on Defendant's motion to compel arbitration. Any party may request an extension of the briefing schedule for the motion. A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

The Clerk of Court is directed to terminate ECF Nos. 12 and 14 and to mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated: September 30, 2021
       New York, New York

_____
JESSE M. FURMAN
United States District Judge